IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY MILLHOLLAND
ADC #500108                                                                    PLAINTIFF

v.                              No. 2:16-cv-1-DPM

JEFFERY T. DEER, Major, EARU; GAYLON LAY,
Warden, EARU; DORSEY A. LEE, SR., Correctional
Sergeant, EARU; TERRIE L. BANISTER, Disciplinary
Hearing Officer, ADC; RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC; WENDY
KELLEY, Director, ADC; and ARKANSAS
DEPARTMENT OF CORRECTION                                                       DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Millholland's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 February 2016