IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY MILLHOLLAND
ADC #500108                                                               PLAINTIFF

v.                              No. 2:16-cv-1-DPM

JEFFERY T. DEER, Major, EARU; GAYLON LAY,
Warden, EARU; DORSEY A. LEE, SR., Correctional
Sergeant, EARU; TERRIE L. BANISTER, Disciplinary
Hearing Officer, ADC; RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC; WENDY
KELLEY, Director, ADC; and ARKANSAS
DEPARTMENT OF CORRECTION                                                  DEFENDANTS

## JUDGMENT

Millholland's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 February 2016