IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TIMOTHY MILLHOLLAND
ADC #500108                                                                                               PLAINTIFF

v.                                 No. 2:16-cv-1-DPM

JEFFERY T. DEER, Major, EARU; GAYLON LAY,
Warden, EARU; DORSEY A. LEE, SR., Correctional
Sergeant, EARU; TERRIE L. BANISTER, Disciplinary
Hearing Officer, ADC; RAYMOND NAYLOR,
Disciplinary Hearing Administrator, ADC; WENDY
KELLEY, Director, ADC; and ARKANSAS
DEPARTMENT OF CORRECTION                                                     DEFENDANTS

## ORDER

On *de novo* review, the Court overrules Millholland's belated objections, № 7. Magistrate Judge Deere got it right; Millholland's complaint doesn't state any valid constitutional claims. The Court therefore stands by its 4 February 2016 Order and Judgment, № 5 & 6.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

  8 February 2016